UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 9 - 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| TAMMY ANDERSON, as next friend of SHONEKIA ANDERSON, | ) ) ) |
| Plaintiff, | ) ) ) |
| -v- | ) Civil Action No. 07-0888 (RMU) |
| MICHAEL J. ASTRUE, Commissioner, Social Security Administration, | ) ) ) ) |
| Defendant. | ) ) |

ORDER

UPON CONSIDERATION of the defendant's consent motion for remand, the entire record herein, it is by the Court this 9 day of JUNE, 2008, hereby

ORDERED that the final decision of the Commissioner is reversed and that this matter is hereby remanded to the Commissioner, pursuant to sentence four of Section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), for further administrative proceedings.

UNITED STATES DISTRICT JUDGE

Copies to counsel of record.

2